# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, Nancy K. | Southern District of Texas | 04/26/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

515 Rusk, Suite 7019
Houston, Texas 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 04/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12-31-2016 | Locke Lord salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 04/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Windsor II IRA | A | Int./Div. | M | T | | | | | |
| 2. Vanguard Star IRA | A | Int./Div. | K | T | | | | | |
| 3. Hewlett Packard Co. (HPQ) | A | Dividend | J | T | | | | | |
| 4. Hewlett Packard Enterprise (HPE) | A | Dividend | J | T | | | | | |
| 5. Intel | A | Dividend | K | T | | | | | |
| 6. USE Credit Union | A | Interest | K | T | | | | | |
| 7. Chase Bank | A | Interest | K | T | | | | | |
| 8. Microsoft Corporation | A | Dividend | K | T | | | | | |
| 9. Pfizer Corporation | A | Dividend | K | T | | | | | |
| 10. Kinder Morgan, Inc. | B | Dividend | L | T | | | | | |
| 11. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 12. Locke Lord 401K Vanguard Inflation Protected Secs | C | Dividend | | | Sold | 03/31/16 | K | | |
| 13. Locke Lord 401K Vanguard Small Cap Index | C | Dividend | | | Sold | 03/31/16 | L | | |
| 14. Locke Lord 401K Mid Cap Index | C | Dividend | | | Sold | 03/31/16 | L | | |
| 15. Locke Lord 401K S&P 500 Index | C | Dividend | | | Sold | 03/31/16 | M | | |
| 16. Locke Lord 401K Dodge & Cox Int'l Stock | C | Dividend | | | Sold | 03/31/16 | L | | |
| 17. Locke Lord 401K Schwab S&P 500 Index | C | Dividend | L | T | Buy | 03/31/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Locke Lord 401K Vanguard Primecap Core Inv | C | Dividend | L | T | Buy | 03/31/16 | L | | |
| 19. Locke Lord 401K Vanguard Midcap Index 1 | C | Dividend | M | T | Buy | 03/31/16 | M | | |
| 20. Lock Lord 401K Vanguard Smallcap Index 1 | C | Dividend | K | T | Buy | 03/31/16 | K | | |
| 21. Walmart | B | Int./Div. | K | T | | | | | |
| 22. Caterpillar (CAT) | B | Dividend | K | T | | | | | |
| 23. Sirius Satellite XM | A | Dividend | | | Sold | 05/16/16 | L | F | |
| 24. BYD Co. Ltd. | A | Dividend | | | Sold | 05/16/16 | K | | |
| 25. Memorial Partners | A | Dividend | | | Sold | 06/13/16 | J | A | |
| 26. Craft Brewers Alliance | | None | | | Sold | 06/13/16 | J | A | |
| 27. Altria | D | Dividend | N | T | | | | | |
| 28. Berkshire Hathaway "B" Shares | | None | M | T | | | | | |
| 29. Qualcomm, Inc. | B | Dividend | L | T | | | | | |
| 30. Gilead Sciences | A | Dividend | L | T | | | | | |
| 31. Bellicum Pharmaceuticals | | None | K | T | | | | | |
| 32. Mondelez Int'l Inc. | A | Dividend | K | T | Buy | 05/20/16 | K | | |
| 33. Prudential Alliance (X) | A | Interest | K | T | | | | | |
| 34. Hospitality Properties REIT (X) | | | | | Sold | 05/10/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson&Johnson (X) | | | | | Sold | 05/10/16 | J | A | |
| 36. Proctor&Gamble (X) | | | | | Sold | 05/10/16 | J | A | |
| 37. RMR Group, Inc.(X) | | | | | Sold | 05/10/16 | J | A | |
| 38. Spectra Energy Corp. (X) | | | | | Sold | 05/10/16 | J | A | |
| 39. Thornburg Invest Trust(X) | | | | | Sold | 05/16/16 | J | A | |
| 40. Thornburg Invest Trust Income Builder (X) (BeneIRATIBIX | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 41. Chevron Corp. (X) | | | | | Sold | 05/10/16 | J | A | |
| 42. Conoco Phillips (X) | | | | | Sold | 05/10/16 | J | A | |
| 43. Duke Energy (X) | | | | | Sold | 05/10/16 | J | A | |
| 44. American Funds/EuroPacific Growth Fund F2AEPFX (BeneIRA)(X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 45. Hotchkiss & WileyHWHIX (BeneIRA) (X)High Yield | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 46. Oakmark FundOAKMX (BeneIRA) (X)Harris Assoc.Inv. Trust Class 1 | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 47. Franklin Custodian FundsFRIAX(BeneIRA(X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 48. Hennessy Focus FundsHFCIX (BeneIRA) (X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 49. First Eagle GlobalSGIIX Fund(BeneIRA) (X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 50. Edgewood Growth FundEGFIX (BeneIRA) (X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 51. Goldman Sachs Square Money Market Fund (BeneIRA)(X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Square Money Market Fund | A | Dividend | | | Sold | 10/03/16 | J | A | |
| 53. Dodge&Cox Stock FundDODGX (BeneIRA)(X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 54. AMG Yacktman FundYACKX (BeneIRA) (X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 55. TRowe Price Blue Chip Growth Fund TRBCX(X)(BeneIRA | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 56. Vanguard Small Cap Fund Admiral (BeneIRA)(X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 57. Wells Fargo Short Duration Govt Bond WSGIX(BeneIRA)(X) | A | Distribution | J | T | Buy | 05/24/16 | J | | |
| 58. Pax World Fds Ser. Tr. 1Small Cap Fund (BeneIRA)(X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 59. SunAmerica Focused Div. Strategy ProtfolioFDSWX (BeneIRA)(X) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 60. Fidelity Invest. Money Market FNSXX | A | Dividend | J | T | Buy | 10/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Nancy K. | 04/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. My father died in 2016 and I inherited a number of stocks from his IRA, which I sold in May 2016 and purchased funds.

2. ▓▓▓▓▓▓▓ IRA with Locke Lord (five accounts) sold those funds and purchased four funds. I did not list a gain because I don't think a gain was realized. It was just a rollover of the IRA amount in ▓▓ account.

3. Bellicum Pharmaceuticals and Craft Brewers earned no income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy K. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544